# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

COLUMBUS CHRIS WILLIAMS

NO. 2020 KW 0375

JULY 06, 2020

---

In Re: Columbus Chris Williams, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 423851.

---

BEFORE: McDONALD, THERIOT, AND CHUTZ, JJ.

WRIT DENIED.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT